1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ZACKARY T. HARRIS, SR.,

11              Plaintiff,                    No. CIV S-07-1081 MCE KJM P

12       vs.

13   SAN JOAQUIN COUNTY, et al.,

14              Defendants.              <u>ORDER</u>

15   _____/

16          Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42

17   U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C.

18   § 1915.  This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C.

19   § 636(b)(1).

20          Plaintiff has submitted a declaration that makes the showing required by 28

21   U.S.C. § 1915(a).  Accordingly, the request to proceed in forma pauperis will be granted.

22          Plaintiff is required to pay the statutory filing fee of $350.00 for this action.  28

23   U.S.C. §§ 1914(a), 1915(b)(1).  An initial partial filing fee of $1.37 will be assessed by this

24   order.  28 U.S.C. § 1915(b)(1).  By separate order, the court will direct the appropriate agency to

25   collect the initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the

26   Court.  Thereafter, plaintiff will be obligated for monthly payments of twenty percent of the

                                              1

1  preceding month's income credited to plaintiff's prison trust account.  These payments will be

2  forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's

3  account exceeds $10.00, until the filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

4          Plaintiff's complaint states a cognizable claim for relief pursuant to 42 U.S.C.

5  § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the complaint are proven, plaintiff has a

6  reasonable opportunity to prevail on the merits of his Eighth Amendment claim against

7  defendant Labelle.  Therefore, the court will order service of process upon defendant Labelle.

8  With respect to the other claims and defendants identified in plaintiff's complaint, plaintiff's

9  complaint fails to state a claim upon which releif can be granted.

10          Plaintiff has requested the appointment of counsel.  The United States Supreme

11  Court has ruled that district courts lack authority to require counsel to represent indigent

12  prisoners in § 1983 cases.  <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989).  In

13  certain exceptional circumstances, the court may request the voluntary assistance of counsel

14  pursuant to 28 U.S.C. § 1915(e)(1).  <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991);

15  <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court

16  does not find the required exceptional circumstances.  Plaintiff's motion for the appointment of

17  counsel will therefore be denied.

18          Accordingly, IT IS HEREBY ORDERED that:

19          1.  Plaintiff's request for leave to proceed in forma pauperis is granted.

20          2.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.

21  Plaintiff is assessed an initial partial filing fee of $1.37.  All fees shall be collected and paid in

22  accordance with this court's order to the Director of the California Department of Corrections

23  and Rehabilitation filed concurrently herewith.

24          3.  Service is appropriate for defendant Labelle.

25          4.  The Clerk of the Court shall send plaintiff one USM-285 forms, one summons,

26  an instruction sheet and a copy of the complaint filed June 6, 2007.

5.  Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

        a.  The completed Notice of Submission of Documents;

        b.  One completed summons;

        c.  One completed USM-285; and

        d.  Two copies of the endorsed complaint filed June 6, 2007.

6.  Plaintiff need not attempt service on defendant Labelle and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-name defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

7.  Plaintiff's August 17, 2007 motion  for the appointment of counsel is denied.

DATED:  January 9, 2008.

_____
U.S. MAGISTRATE JUDGE

1/mp
harr1081.1(6.6.07)

3

1

2

3

4

5

6

7

8                            IN THE UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ZACHARY T. HARRIS,

11              Plaintiff,                          No. CIV-S-07-1081 MCE KJM P

12        vs.

13   SAN JOAQUIN COUNTY, et al.,                    NOTICE OF SUBMISSION

14              Defendants.                         OF DOCUMENTS

15   _____/

16              Plaintiff hereby submits the following documents in compliance with the court's

17   order filed _____:

18              _____        completed summons form

19              _____        completed USM-285 forms

20              _____        copies of the _____
                                          Complaint
21   DATED:

22

23                                                  _____

24                                                  Plaintiff

25

26