1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10                          SACRAMENTO DIVISION

11
    **ZACHARY T. HARRIS, SR.,**                          2:07-CV-1081 MCE KJM P
12
                                    Plaintiff,   **ORDER**
13
                   **v.**
14
    **SAN JOAQUIN COUNTY, et al.,**
15
                                    Defendant.
16

17

18          On April 22, 2008, Defendant LaBelle sought an extension of time to file a responsive

19   pleading (docket no. 20).  Good cause appearing, Defendant's request is granted.  A response to

20   the complaint is due May 22, 2008.

21   DATED:  May 2, 2008.

22                                              _____

23                                              U.S. MAGISTRATE JUDGE

24

25

26

27

28

[Proposed] Order

1