IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ZACHARY T. HARRIS,

     Plaintiff,                    No. CIV S-07-1081 MCE KJM P

     vs.

SAN JOAQUIN COUNTY, et al.,

     Defendants.             <u>ORDER</u>

                             /

          Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. On June 17, 2008, plaintiff filed a motion asking that the court extend the deadline for plaintiff to propound discovery through July 29, 2008. Good cause appearing, IT IS HEREBY ORDERED that:

          1. Plaintiff's request for an extension of time to conduct discovery (#25) is granted;

/////
/////
/////
/////
/////

1

2. All requests for written discovery must be served within twenty days of this order; and

3. Discovery will close on October 25, 2008.

DATED: August 19, 2008.

_____
U.S. MAGISTRATE JUDGE

1
harr1081.36