IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ZACHARY T. HARRIS, SR.,** | CASE NO.: 2:07-CV-1081 MCE KJM P |
| Plaintiff, | **ORDER** |
| v. | |
| **SAN JOAQUIN COUNTY, et al.,** | |
| Defendant. | |

Defendant's request for an extension of time to file a motion for summary judgment was considered by this Court, and good cause appearing,

IT IS HEREBY ORDERED that Defendant is granted five court days, to and including November 21, 2008, to file a dispositive motion.

DATED: November 19, 2008.

_____
U.S. MAGISTRATE JUDGE

harr1081.36

1