1
2
3
4
5
6
7
8
9 **UNITED STATES DISTRICT COURT**

10 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

11

12 ZACKARY T. HARRIS,     )    2:07-cv-01081-HDM-RAM
    )
13      Plaintiff,   )
    )    ORDER
14 vs.    )
    )
15 SAN JOAQUIN COUNTY, et al.,  )
    )
16      Defendants.  )
_____)
17

18     Plaintiff is a state prisoner proceeding pro se and *in forma*

19 *pauperis* with a civil rights action pursuant to 42 U.S.C. § 1983.

20 On February 25, 2009, the court issued an order stating this action

21 would be dismissed for failure to prosecute unless the plaintiff

22 objected on or before Tuesday, March 17, 2009.  The plaintiff has

23 not filed any objection.  Accordingly, this action is hereby

24 dismissed without prejudice for failure to prosecute.

25     DATED: This 20th day of March, 2009.

26

27     *Howard D McKibben*
    _____
28     UNITED STATES DISTRICT JUDGE